ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALVARO MACIEL-RAMOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00131-LJO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ALVARO MACIEL-RAMOS, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the status conference currently scheduled for June 3, 2011, be continued to June 9, 2011 at 9:00 a.m.

This continuance is necessitated by the following: Information provided by Mr. Maciel-Ramos necessitated defense counsel obtaining a more legible copy of discovery from the government. Defense counsel then attempted to visit with his client at the Fresno County Detention Facility, but was unable to do so because the power was out. Defense counsel returned later, on June 2, 2011, at which time defense counsel learned that Mr. Maciel-Ramos had been transferred by the Marshal's Office to the Detention Facility in Lerdo. The additional time requested will afford defense counsel an opportunity to confer further with his client regarding the Fast-Track Program offer extended by the government.

The parties also agree that any delay resulting from this continuance shall

1

1  be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
2  3161(h)(8)(A) and 3161(h)(8)(B)(I).
3
4  DATED:  June 2, 2011                    /s/ Stanley Boone
                                           STANLEY BOONE
5                                          Assistant United States Attorney
                                           **This was agreed to by Mr. Boone**
6                                          **via telephone on June 2, 2011**
7
8  DATED:  June 2, 2011                    /s/ Roger K. Litman
                                           ROGER K. LITMAN
9                                          Attorney for Defendant
                                           ALVARO MACIEL-RAMOS
10 IT IS SO ORDERED.
11 **Dated:    June 2, 2011**                    /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2